

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| ROGER R. MITCHELL<br>    LA. DOC #484484<br>VS. | CIVIL ACTION NO. 09-0651<br><br>SECTION P<br><br>JUDGE DRELL |
| WARDEN WILKINSON | MAGISTRATE JUDGE KIRK |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d)(1).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 11TH day of AUGUST, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE